UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER, | ) |
| Plaintiff, | ) |
| | ) 3:12-cv-00112-RCJ-WGC |
| vs. | ) |
| | ) **ORDER** |
| OFFENDER MANAGEMENT DIVISION, *et al.*, | ) |
| Defendants. | ) |

On February 27, 2012, plaintiff initiated this action by filing an emergency motion for preliminary injunction. (ECF No. 1.) After holding a hearing, the court denied the motion. (ECF No. 11.) Plaintiff has yet to file a complaint in this action upon which he may proceed. Accordingly, the court will require plaintiff to file a complaint within thirty days on the court-approved form. If plaintiff fails to provide the court with a complaint using the court-approved form, this action may be dismissed and closed.

**IT IS THEREFORE ORDERED** that plaintiff shall file a complaint with this court within **thirty (30) days** from the date of entry of this order. Plaintiff's failure to file a complaint, on the

approved form provided by this court, may result in dismissal of this action.

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved form for filing a civil rights complaint under 42 U.S.C. § 1983, as well as the document "Information and Instructions for Filing a Civil Rights Complaint."

Dated this 30th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE