1

2

3

4                                **UNITED STATES DISTRICT COURT**

5                                   **DISTRICT OF NEVADA**

6    LANCE REBERGER,                     )
                                         )
7              Plaintiff,                )
                                         )       3:12-cv-00112-RCJ-WGC
8    vs.                                 )
                                         )       **ORDER**
9    OFFENDER MANAGEMENT                 )
     DIVISION, *et al.*,                 )
10                                       )
               Defendants.               )
11   _____/

12          On February 27, 2012, plaintiff initiated this action by filing an emergency motion for

13   preliminary injunction. (ECF No. 1.)  After holding a hearing, the court denied the motion.  (ECF No.

14   11.)  On April 30, 2012, the court issued an order requiring plaintiff to file a complaint on the court-

15   approved form within thirty days. (ECF No. 20.)  The court expressly warned plaintiff that his failure

16   to timely comply with this court's order could result in dismissal of this action.  The order was served

17   on plaintiff at his address of record.

18          More than the allotted time has elapsed and plaintiff has not responded to the court's order in any

19   manner.  Accordingly, this entire action is dismissed for failure to comply with the court's order.

20          **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the

21   failure of plaintiff to obey this court's order of April 30, 2012.

22          **IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot.**

23          **IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close

24   this case.

25          DATED: This 12th day of June, 2012.

26

27                                         _____
                                           UNITED STATES DISTRICT JUDGE
28